(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court Middle District of Florida | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Sorgman, Francis M.** | Name of Joint Debtor (Spouse)(Last, First, Middle): **Sorgman, Patricia I.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): **Frank Sorgman** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names) **Patricia I. Quintanilla** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): **6110, None** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): **3248, None** |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **1426 Weyford Lane Holiday, Florida** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): **1930 Coolidge Rd Holiday, Florida 34691** |
| County of Residence or of the Principal Place of Business    **Pasco** | County of Residence or of the Principal Place of Business:    **Pasco** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s)    ☐ Railroad | | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation    ☐ Stockbroker | | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership    ☐ Commodity Broker | | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____    ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☒ Consumer/Non-Business    ☐ Business | ☒ Full Filing Fee Attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | 2004 JUL -8 PM 1:20   U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA   FILED TAMPA, FLORIDA |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)                                                                 **FORM B1, Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s) **Francis M. Sorgman, Patricia I. Sorgman** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor<br>**NONE** | Case Number: | Date Filed |
|---|---|---|
| District: | Relationship | Judge. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _Franc M. Sorgman_
Signature of Debtor

X _Patricia I. Sorgman_
Signature of Joint Debtor

**(727) 942-4496**
Telephone Number (If not represented by attorney)

_7/8/04_
Date

### Signature of Attorney

X **Not Applicable**
Signature of Attorney for Debtor(s

_____
Printed Name of Attorney for Debtor(s) / Bar No.

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X **Not Applicable**
Signature of Attorney for Debtor(s)                 Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐    Yes, and Exhibit C is attached and made a part of this petition
☑    No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U S C. § that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Francis M. Sorgman**
Printed Name of Bankruptcy Petition Preparer

**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**
Social Security Number (Required by 11 U S.C. § 110(c) )

**5510 River Road,  Suite 109**
Address
**New Port Richey, Fl. 34652**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _Francis M. Sorgman_
Signature of Bankruptcy Petition Preparer

_7/8/04_
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110, 18 U.S.C. § 156

Form B6
(6/90)

# United States Bankruptcy Court
# Middle District of Florida

In re  **Francis M. Sorgman**          **Patricia I. Sorgman**          Case No

Chapter    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each   Report the totals from Schedules A, B, D,
E, F, I, and J in the boxes provided   Add the amounts from Schedules A and B to determine the total amount of the debtor's assets   Add the
amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 95,000.00 | | |
| B - Personal Property | YES | 4 | $ 22,250.00 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 207,902.58 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $ 12,686.40 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 33,567.39 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,434.20 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 3,386.96 |
| Total Number of sheets in ALL Schedules ➤ | | 23 | | | |
| Total Assets ➤ | | | $ 117,250.00 | | |
| Total Liabilities ➤ | | | | $ 254,156.37 | |

FORM B6A
(6/90)

In re   __Francis M. Sorgman__          __Patricia I. Sorgman__      ,    Case No. _____
                __Debtor__                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor holds no interest in real property, write "None" under "Description and Location of Property "

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim  See Schedule D  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN  PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Single Family Dwelling located at 1930 Coolidge Rd Holiday, Fl. 34691 (debtor wife's primary residence)** | **Tenancy By the Entirety** | J | $ 95,000.00 | $ 81,415.00 |
| | | Total ➤ | $ 95,000.00 | |

(Report also on Summary of Schedules )

FORM B6B
(10/89)

In re __Francis M. Sorgman__      __Patricia I. Sorgman__     Case No _____
                 Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind   If the debtor has no property in one or more of the categories, place an "X" in the  appropriate position in the column labeled "None "  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category   If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community "  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property "

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand | X | | | |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | **Wachovia Bank N.A. Southgate, New Port Richey, Fl. Checking  #1010094580703 In debtors possession** | J | 150.00 |
| 3  Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4  Household goods and furnishings, including audio, video, and computer equipment | | **bed, night stand, dresser, tv stand, 32" TV, DVD/Radio In debtor husband's possession 1426 Weyford Lane Holiday, Fl.** | H | 175.00 |
| 4  Household goods and furnishings, including audio, video, and computer equipment | | **bedroom suit, living room suite, dining room table w/six chairs, 60" TV, stereo, DVD and VCR player, Bar Stool X 2, pots, pans, dishes, silverware, elect stove, frigerator, elect f/p, 27" T.V., sleeper couch, gas grill, small appliances, linens, decorations In debtor wife's possession at 1930 Coolidge Rd** | W | 800.00 |
| 5  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6  Wearing apparel | | **Normal Wearing Apparel (in debtor husband's possession)** | H | 75.00 |

FORM B6B
(10/89)

In re  **Francis M. Sorgman**                 **Patricia I. Sorgman**              Case No. _____
                    Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6  Wearing apparel | | Normal wearing apparel in debtor wife's possession | W | 75.00 |
| 7  Furs and jewelry | | 1 ring (gold w/blue stone) Watch, cufflinks, tie-tacks<br><br>(in debtor husband's possession) | H | 50.00 |
| 7  Furs and jewelry | | 3 rings, watch bracelet<br><br>(In debtor wife's possession) | W | 75.00 |
| 8  Firearms and sports, photographic, and other hobby equipment | X | | | |
| 9  Interests in insurance policies  Name insurance company of each policy and itemize surrender or refund value of each | X | | | |
| 10  Annuities  Itemize and name each issuer | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans  Itemize | X | | | |
| 12  Stock and interests in incorporated and unincorporated businesses  Itemize | | **Tri-County Services** 3 office locations in Tampa, Brooksville, & New Port Richey, Florida | J | 15,000.00 |
| | | NOTE:    Tri-County Paralegal Services, Inc., is owned 100% by the debtors with assets valued at approximately $20K and outstanding liabilities of approximately $31K.  The company has offices in Tampa, Brooksville, and New Port Richey, Florida. | | |
| 13  Interests in partnerships or joint ventures  Itemize | X | | | |
| 14  Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |
| 15  Accounts receivable | X | | | |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled  Give particulars | X | | | |

FORM B6B
(10/89)

In re  **Francis M. Sorgman**          **Patricia I. Sorgman**          Case No _____

_____Debtor_____                                                    _____(If known)_____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17 Other liquidated debts owing debtor including tax refunds  Give particulars | X | | | |
| 18 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19 Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims  Give estimated value of each | X | | | |
| 21 Patents, copyrights, and other intellectual property  Give particulars | X | | | |
| 22 Licenses, franchises, and other general intangibles  Give particulars | X | | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories | | **1993 Ford Explorer**<br><br>**(in debtor wife's possession)** | W | **2,500.00** |
| | | **NOTE:**  **This 1993 Ford Explorer, valued at approximately $2,500.00, is liened under a non-purchase security agreement as partial collateral for a $15K loan obtained from Michael Cryptek on December 14, 2003 to the debtors' corporation.** | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories | | **1996 Cadillac sedan**<br>**(in debtor's possession)** | H | **3,000.00** |
| | | **NOTE:**    **This 1996 Cadillac is liened under a non-purchase security agreement as collateral for a $15,000.00 dollar loan to Tri-County Paralegal Services, Inc. from Michael Cryptek on December 14, 2003. The vehicle is titled in the name of the debtor husband.** | | |

FORM B6B
(10/89)

In re  **Francis M. Sorgman**              **Patricia I. Sorgman**              Case No. _____

                    Debtor                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24  Boats, motors, and accessories | | **1982 11' coleman plastic boat w/trolling motor and 3HP o/b**<br><br>**(in debtor wife's possession)** | W | 250.00 |
| 25  Aircraft and accessories | X | | | |
| 26  Office equipment, furnishings, and supplies | X | | | |
| 27  Machinery, fixtures, equipment and supplies used in business | | **office furniture, computers, printers, fax machines, telephones, office supplies located at three offices and owned by Tri-County Services, Inc., (value listed under business interests) (in debtor's possession)** | J | 0.00 |
| 28  Inventory | X | | | |
| 29  Animals | | **1 feline - 1 canine** | J | 0.00 |
| 30  Crops - growing or harvested   Give particulars | X | | | |
| 31  Farming equipment and implements | X | | | |
| 32  Farm supplies, chemicals, and feed | X | | | |
| 33  Other personal property of any kind not already listed   Itemize | | **Tools**<br>**(in debtor husband's possession)** | H | 100.00 |

          _3_    continuation sheets attached                    Total ➤        **$ 22,250.00**

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules )

FORM B6C
(6/90)

In re  **Francis M. Sorgman**              **Patricia I. Sorgman**          Case No _____
                    Debtor                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U S C  § 522(b)(1)    Exemptions provided in 11 U S C  § 522(d)    **Note: These exemptions are available only in certain states.**

☒ 11 U S C  § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **1 ring (gold w/blue stone) Watch, cufflinks, tie-tacks** <br><br> **(in debtor husband's possession)** | **Art. 10 § 4(a)(2), FSA § 222.061** | **50.00** | **50.00** |
| **1982 11' coleman plastic boat w/trolling motor and 3HP o/b** <br><br> **(in debtor wife's possession)** | **Art. 10 § 4(a)(2), FSA § 222.061** | **250.00** | **250.00** |
| **1993 Ford Explorer** <br><br> **(in debtor wife's possession)** | **FSA § 222.25(1)** | **2,000.00** | **2,500.00** |
| **3 rings, watch bracelet** <br><br> **(In debtor wife's possession)** | **Art. 10 § 4(a)(2), FSA § 222.061** | **75.00** | **75.00** |
| **bed, night stand, dresser, tv stand, 32" TV, DVD/Radio In debtor husband's possession 1426 Weyford Lane Holiday, Fl.** | **Art. 10 § 4(a)(2), FSA § 222.061** | **175.00** | **175.00** |
| **bedroom suit, living room suite, dining room table w/six chairs, 60" TV, stereo, DVD and VCR player, Bar Stool X 2, pots, pans, dishes, silverware, elect stove, frigerator, elect f/p, 27" T.V., sleeper couch, gas grill, small appliances, linens, decorations In debtor wife's possession at 1930 Coolidge Rd** | **Art. 10 § 4(a)(2), FSA § 222.061** | **800.00** | **800.00** |
| **Normal Wearing Apparel (in debtor husband's possession)** | **Art. 10 § 4(a)(2), FSA § 222.061** | **75.00** | **75.00** |

FORM B6C
(6/90)

In re **Francis M. Sorgman**         **Patricia I. Sorgman**         , Case No _____
            Debtor                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Normal wearing apparel in debtor wife's possession | Art. 10 § 4(a)(2), FSA § 222.061 | 75.00 | 75.00 |
| Single Family Dwelling located at 1930 Coolidge Rd Holiday, Fl. 34691 (debtor wife's primary residence) | Art. 10, §4(a)(1), FSA §§ 222.01, 222.02 | 0.00 | 95,000.00 |
| Tools (in debtor husband's possession) | Art. 10 § 4(a)(2), FSA § 222.061 | 100.00 | 100.00 |
| Wachovia Bank N.A. Southgate, New Port Richey, Fl. Checking #1010094580703 In debtors possession | Art. 10 § 4(a)(2), FSA § 222.061 | 150.00 | 150.00 |

FORM B6D
(12/03)

In re    **Francis M. Sorgman**                    **Patricia I. Sorgman**                    Case No. _____
_____                    _____                    _____
Debtor                                                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO    **1361155097**<br>**Chase Manhattan Mortgage**<br>**P.O. Box 9001871**<br>**Louisville, KY 40290** | | | **03/01/2002**<br>**Mortgage**<br>**Single Family Dwelling**<br>**located at 1930 Coolidge Rd**<br>**Holiday, Fl. 34691**<br>**(debtor wife's primary residence)**<br><br>**VALUE $95,000.00** | | | | 81,415.00 | 0.00 |
| ACCOUNT NO    **67090075-0134544**<br>**Citifinancial Services**<br>**P.O. Box 5480**<br>**Port Richey, Fl. 34674** | | | **Security Agreement**<br>**computer, tv**<br><br>**VALUE $100.00** | | | | 3,072.58 | 2,972.58 |
| ACCOUNT NO    **6943401**<br>**Household Mortg Svces**<br>**P.O. Box 17580**<br>**Baltimore, MD 21297-1580** | | | **Second Lien on Residence**<br>**Single Family Dwelling**<br>**located at 1930 Coolidge Rd**<br>**Holiday, Fl. 34691**<br>**(debtor wife's primary residence)**<br><br>**VALUE $95,000.00** | | | | 81,415.00 | 0.00 |

<u>1</u> Continuation sheets attached

|  | Subtotal ✓<br>(Total of this page) | **$165,902.58** |
|---|---|---|
|  | Total ►<br>(Use only on last page) | |

(Report total also on Summary of Schedules)

FORM B6D
(12/03)

In re   **Francis M. Sorgman**                    **Patricia I. Sorgman**                    Case No
                    Debtor                                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO   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<br><br>**Michael Chreptak**<br>**3529 Cheswick Drive**<br>**Holiday, Fl. 34691** | | J | **12/15/2003**<br>**Security Agreement**<br>**1996 Cadillac sedan**<br>**(in debtor's possession)**<br><br>**VALUE $3,000.00** | | | | **21,000.00** | **0.00** |
| ACCOUNT NO   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<br><br>**Michael Chreptak**<br>**3529 Cheswick Drive**<br>**Holiday, Fl. 34691** | | J | **12/15/2003**<br>**Security Agreement**<br>**1993 Ford Explorer**<br><br>**(in debtor wife's possession)**<br><br>**VALUE $2,500.00** | | | | **21,000.00** | **15,500.00** |
| NOTE:   This sum represents a $15,000.00 loan to the debtors' corporation for which both debtors' are responsible. | | | | | | | | |

Sheet no  1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal              ➤            **$42,000.00**
(Total of this page)

Total                 ➤            **$207,902.58**
(Use only on last page)

(Report total also on Summary of Schedules)

Form B6E
(12/03)

In re    **Francis M. Sorgman**                    **Patricia I. Sorgman**                    Case No _____
                ──────────────                    ──────────────
                    Debtor                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided   Only holders of unsecured claims entitled to priority should be listed in this schedule   In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and the last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition  The complete account numer of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors   If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing a "H," "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated "  If the claim is disputed, place an "X" in the column labeled "Disputed "  (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet   Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule   Repeat this total also on the Summary of Schedules

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(2)

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(3)

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(5)

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6)

Form B6E
(12/03)

In re  **Francis M. Sorgman**                    **Patricia I. Sorgman**                    Case No _____
                   Debtor                                                                                              (If known)

☐ **Alimony, Maintenance, or Support**

  Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in
  11 U S C § 507(a)(7)

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
  U S C § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
  or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
  an insured depository institution   11 U S C § 507(a)(9)

☐ **Other Priority Debts**

  * Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or
  after the date of adjustment

<u>1</u>  Continuation sheets attached

Form B6E - Cont
(12/03)

In re  __Francis M. Sorgman__          __Patricia I. Sorgman__          ,   Case No  _____
          Debtor                                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO   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<br>Internal Revenue Svces<br>P.O. Box 105404<br>Atlanta, GA 30348 | | J | 1999 Federal Income Taxes Owed (principle, penalties & interest) | | | | 2,124.34 | 2,124.34 |
| ACCOUNT NO<br>Internal Revenue Svces<br>P.O. Box 105404<br>Atlanta, GA 30348 | | J | 1998 Federal Income Taxes Owed (principle, interest & penalties) | | | | 3,839.24 | 3,839.24 |
| ACCOUNT NO   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<br>Internal Revenue Svces<br>P.O. Box 105404<br>Atlanta, GA 30348 | | J | 1997 Federal Income Taxes Owed (principle, penalties & interest) | | | | 1,179.04 | 1,179.04 |
| ACCOUNT NO   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<br>Internal Revenue Svces<br>P.O. Box 105404<br>Atlanta, GA 30348 | | J | 1996 Federal Taxes owed (principle, interest & Penalties) | | | | 5,543.78 | 5,543.78 |

Sheet no _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

|  | |
|---|---|
| Subtotal<br>(Total of this page) ➤ | **$12,686.40** |
| Total<br>(Use only on last page of the completed Schedule E ) ➤ | **$12,686.40** |

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re __Francis M. Sorgman__                  __Patricia I. Sorgman__              Case No _____
                  Debtor                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E  If all creditors will not fit on this page, use the continuation sheet provided

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column  labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of  them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community "

    If the claim is contingent, place an "X" in the column labeled "Contingent " If the claim is unliquidated, place an "X" in the column labeled "Unliquidated " If the claim is disputed, place an "X" in the column labeled "Disputed " (You may need to place an "X" in more than one of these three columns )

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO   **4264 2966 0503 2314** | | H | | | | | 10,525.45 |
| **AAA Financial Svces**<br>**P.O. Box 15137**<br>**Wilmington, DE19886** | | | **Credit card purchases** | | | | |
| ACCOUNT NO   **5634164** | | H | | | | | 872.00 |
| **Attention LLC**<br>**P.O. Box 2348**<br>**Sherman, TX 75091** | | | **Baydock Emerg Phys. #5634164**<br>**Panther Emerg. Phys. #6731345**<br>**Panther Emerg. Phys. #6731347** | | | | |
| ACCOUNT NO   **6126544** | | W | | | | | 1,308.00 |
| **Attention LLC**<br>**P.O. Box 2348**<br>**Sherman, TX 75091** | | | **Collection for community Hospital** | | | | |

    __5__  Continuation sheets attached

                                                  Subtotal   ➤         | **$12,705.45** |

                                              Total   ➤

Form B6F - Cont
(12/03)

In re __Francis M. Sorgman__  __Patricia I. Sorgman__  ,  Case No _____

        Debtor                                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO   **5260-3169-4001-1855** <br><br> **Chase BankCard Svces** <br> **P.O. Box 15902** <br> **Wilmington, DE 19850** | | H | **Credit Card Purchases** | | | | 855.28 |
| ACCOUNT NO   **5491-0497-2002-9638** <br><br> **Chase BankCard Svces, Inc.** <br> **P.O. Box 15902** <br> **Wilmington, DE 19850** | | H | **Credit card purchases** | | | | 1,761.41 |
| ACCOUNT NO   **XPN1980067** <br><br> **Credit control of Pinellas County** <br> **P.O. Box 9** <br> **Vero Beach, Fl. 32961** | | H | 01/06/1999 <br><br> **collection for fl. comm. imaging** <br> **#777103** <br> **Sorgman, F. #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** | | | | 444.00 |
| ACCOUNT NO   **1727 2039 8036 5266** <br><br> **First N.A. National Bank** <br> **P.O. Box 100044** <br> **Kennesaw,  GA 30156** | | H | **Circuit City in store purchases** | | | | 425.16 |
| ACCOUNT NO   **3053589** <br><br> **Helen Ellis Mem. Hosp** <br> **U.S. Alternate 19 Hwy.** <br> **Tarpon Springs, Fl 34684** | | W | **unpaid medical bill** <br> **SORGMAN, Patricia I.** | | | | 138.00 |

Sheet no  1 of  5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page of the completed Schedule F )

| | |
|---|---|
| | **$3,623.85** |
| | |

Form B6F - Cont
(12/03)

In re <u>Francis M. Sorgman</u>          <u>Patricia I. Sorgman</u>          Case No _____

         Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO  9836500206 <br> Helen Ellis Mem. Hosp <br> U.S. Alternate 19 Hwy. <br> Tarpon Springs, Fl 34684 | | W | medical bills <br> Sorgman, Patricia I. | | | | 586.00 |
| ACCOUNT NO  40353809 <br> Heritage Pathology N.Bay <br> 2015 Alexander Dr <br> Dothan, AL 36301 | | H | xrays - medical bill | | | | 81.00 |
| ACCOUNT NO  3175011013227 <br> Household Finance Corp. <br> 9308 U.S. Hwy 19 <br> Port Richey, Fl 34668 | | H | signature loan | | | | 5,871.00 |
| ACCOUNT NO  822 2210 110574 4 <br> Lowes <br> P.O. Box 981064 <br> El Paso, TX 79998 | | J | in store card purchases | | | | 1,797.00 |
| ACCOUNT NO  296605032314 <br> MBNA Bank America <br> P.O. Box 1526 <br> Wilmington, DE 19850 | | W | Credit card purchases | | | | 1,068.00 |

Sheet no  2 of  5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ (Total of this page)          **$9,403.00**

Total ▸ (Use only on last page of the completed Schedule F )

Form B6F - Cont
(12/03)

In re __Francis M. Sorgman_____ __Patricia I. Sorgman_____ Case No _____
                            Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO    **10514324**<br><br>**Medclear**<br>**P.O. Box 8547**<br>**Philadelphia, PA 19101** | | | **Collection of medical bill**<br>**Sorgman, F. #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** | | | | 339.00 |
| ACCOUNT NO    **14152914**<br><br>**Medclear**<br>**P.O. Box 8547**<br>**Philadelphia, PA 19101** | | | **collection for medical bill**<br>**Sorgman: 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** | | | | 449.00 |
| ACCOUNT NO    **15921417**<br><br>**Medclear**<br>**P.O. Box 8547**<br>**Philadelphia, PA 19101** | | H | **Collection for medical bills**<br>**SORGMAN, F.**<br>**SSN: 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** | | | | 214.00 |
| ACCOUNT NO    **18519700100567**<br><br>**Merchants Collection Ass**<br>**P.O. Box 101928**<br>**Birmingham, AL 35210** | | | **Collection for medical bills**<br>**Sorgman, F.**<br>**SSN: #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** | | | | 300.00 |
| ACCOUNT NO    **20100930121695**<br><br>**Merchants Collection Assn.**<br>**P.O. Box 101928**<br>**Birmingham, AL 35210** | | | **Collection for Medical Bill**<br>**Sorgman, F. #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**<br>**owed to Fla. Comm. Imaging Center** | | | | 385.00 |

Sheet no  _3_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F )

| | |
|---|---|
| $1,687.00 | |

Form B6F - Cont
(12/03)

In re  **Francis M. Sorgman**          **Patricia I. Sorgman**                    Case No
           Debtor                                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO  **557829337**<br><br>**NCO Financial Systems**<br>**P.O. Box 41417**<br>**Philadelphia, PA 19101** | | | 01/08/2001<br><br>**Collection for medical bills**<br>**Sorgman, F. #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** | | | | 339.00 |
| ACCOUNT NO  **557829337**<br><br>**NCO Financial Systems**<br>**P.O. Box 41417**<br>**Philadelphia, PA 19101** | | | **Collection for medical bills**<br>**Sorgman, F. #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** | | | | 339.00 |
| ACCOUNT NO  **06 60244 82124 6**<br><br>**Sears**<br>**P.O. Box 182149**<br>**Columbus, OH 43218** | | J | **in store card purchases** | | | | 1,612.86 |
| ACCOUNT NO  **013111603406**<br><br>**Sprint**<br>**P.O. Box 219554**<br>**Kansas City, MO 64121** | | H | **Cell phone bills** | | | | 521.62 |
| ACCOUNT NO  **5490-8400-0491-9309**<br><br>**Wells Fargo**<br>**P.O. Box 3696**<br>**Portland, OR 97208** | | J | **credit card purchases** | | | | 2,311.18 |

Sheet no  4  of  5  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   ➤
(Total of this page)

Total   ➤
(Use only on last page of the completed Schedule F )

| $5,123.66 |
|---|
|  |

Form B6F - Cont
(12/03)

In re __Francis M. Sorgman__ _____ __Patricia I. Sorgman__ _____    Case No _____
                    Debtor                                                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO   **4465-3900-0606-2942** | | J | | | | | 1,024.43 |
| **Wells Fargo** <br> **P.O. Box 3696** <br> **Portland, OR** | | | **Credit card purchases** | | | | |

Sheet no  5  of  5  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢
(Total of this page)

| | $1,024.43 |
|---|---|

Total  ➢
(Use only on last page of the completed Schedule F )

| | $33,567.39 |
|---|---|

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **Francis M. Sorgman**          **Patricia I. Sorgman**          Case No. _____
_____
          Debtor                                                      (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property  Include any timeshare interests

State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc  State whether debtor is the lessor or lessee of a lease

Provide the names and complete mailing addresses of all other parties to each lease or contract described

**NOTE:**  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors

☑  Check this box if debtor has no executory contracts or unexpired leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

B6H
(6/90)

In re. **Francis M. Sorgman** _____ **Patricia I. Sorgman** _____ ,    Case No. _____
                    Debtor                                                                                    (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors  Include all guarantors and co-signers  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

☑ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(12/03)

In re  **Francis M. Sorgman, Patricia I. Sorgman**                    Case No. _____
                               Debtor                                                                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital Status **married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age **64** Spouse's Age | RELATIONSHIP | | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **forms preparer** | **secretarial** |
| Name of Employer | **Tri-County Paralegal Svcs, Inc.** | **Tri-County Paralegal Svces, Inc.** |
| How long employed | **6 years** | **1 year** |
| Address of Employer | **5510 River road, St 109 New Port Richey, Fl. 34652** | **5510 River Road, St 109 New Port Richey, Fl. 34652** |

| Income (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly ) | $ | 3,033.38 | $ | 1,040.02 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 3,033.38 | $ | 1,040.02 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a  Payroll taxes and social security | $ | 548.13 | $ | 91.07 |
| b  Insurance | $ | 0.00 | $ | 0.00 |
| c  Union dues | $ | 0.00 | $ | 0.00 |
| d  Other (Specify) | $ | 0.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 548.13 | $ | 91.07 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,485.25 | $ | 948.95 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 2,485.25 | $ | 948.95 |

TOTAL COMBINED MONTHLY INCOME          **$ 3,434.20**          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document          **NONE**

Form B6J
(6/90)

In re **Francis M. Sorgman, Patricia I. Sorgman**                     Case No. _____

_____Debtor_____                                                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family  Prorate any payments made
bi-weekly, quarterly, semi-annually, or annually to show  monthly rate

☑  Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate
schedule of expenditures labeled "Spouse"

| | | | |
|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,331.96 |
| Are real estate taxes included?  Yes ✓  No _____ | | | |
| Is property insurance included?  Yes ✓  No _____ | | | |
| Utilities  Electricity and heating fuel | | $ | 0.00 |
| Water and sewer | | $ | 45.00 |
| Telephone | | $ | 45.00 |
| Other  **Cable** | | $ | 71.00 |
| Home maintenance (repairs and upkeep) | | $ | 0.00 |
| Food | | $ | 200.00 |
| Clothing | | $ | 50.00 |
| Laundry and dry cleaning | | $ | 40.00 |
| Medical and dental expenses | | $ | 96.00 |
| Transportation (not including car payments) | | $ | 240.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc | | $ | 100.00 |
| Charitable contributions | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| Homeowner's or renter's | | $ | 0.00 |
| Life | | $ | 0.00 |
| Health | | $ | 0.00 |
| Auto | | $ | 133.00 |
| Other _____ | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| Installment payments  (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | | |
| Auto | | $ | 0.00 |
| Other _____ | | $ | 0.00 |
| Alimony, maintenance or support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other _____ | | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ | 2,351.96 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval

| | | |
|---|---|---|
| A  Total projected monthly income | $ | _____ |
| B  Total projected monthly expenses | $ | _____ |
| C  Excess income (A minus B) | $ | _____ |
| D  Total amount to be paid into plan each _____ | $ | _____ |
|  (interval) | | |

Form B6J
(6/90)

In re **Francis M. Sorgman, Patricia I. Sorgman** _____ ,    Case No. _____
Debtor    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

**SPOUSE**

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| Are real estate taxes included?  Yes ✓   No | | |
| Is property insurance included?  Yes ✓   No | | |
| Utilities   Electricity and heating fuel | $ | 140.00 |
| Water and sewer | $ | 0.00 |
| Telephone | $ | 0.00 |
| Other | $ | 0.00 |
| Home Maintenance (Repairs and upkeep) | $ | 50.00 |
| Food | $ | 200.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 20.00 |
| Medical and dental expenses | $ | 115.00 |
| Transportation (not including car payments) | $ | 240.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc | $ | 100.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 0.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other   **Pet supplies & medications** | $ | 80.00 |
| **Tobacco Products** | $ | 40.00 |

| | | |
|---|---|---:|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 1,035.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval

| | | |
|---|---|---|
| A  Total projected monthly income | $ | |
| B  Total projected monthly expenses | $ | |
| C  Excess income (A minus B) | $ | |
| D  Total amount to be paid into plan each | $ | |
| (interval) | | |

Official Form 6 - Cont
(12/03)

In re **Francis M. Sorgman**          **Patricia I. Sorgman**          ,          Case No
          Debtor                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23**_____
(Total shown on summary page plus 1)
sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief

Date  7/8/04                          Signature: _Francis M. Sorgman_
                                                 Francis M. Sorgman

Date  7/08/04                         Signature: _Patricia I. Sorgman_
                                                 Patricia I. Sorgman

[If joint case, both spouses must sign]

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C § 110)

I certify that I am a bankruptcy petitioner preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**Francis M. Sorgman**                     **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**
Printed or Typed Name of Bankruptcy Petition Preparer     Social Security Number
                                           (Required by 11 U S C § 110(C) )
**5510 River Road**
**Suite 109**
**New Port Richey, Fl. 34652**
Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document
          NAME                               SOCIAL SECURITY NUMBER

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X _____                          7/8/04
Signature of Bankruptcy Petition Preparer     Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571

Form 7
(12/03)

## UNITED STATES BANKRUPTCY COURT

### Middle District of Florida

In re    Francis M. Sorgman             Patricia I. Sorgman             Case No _____
6110                                          3248                              Chapter      7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor   Spouses filing a joint petition may file a single statement
on which the information for both spouses is combined   If the case is filed under chapter 12 or chapter 13, a
married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed   An individual debtor engaged in business as a sole
proprietor, partner, family farmer, self-employed professional, should provide the information requested on this
statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors   Debtors that are or have been in business, as
defined below, also must complete Questions 19 -25.  **If the answer to an applicable question is "None,"
mark the box labeled "None"**   If additional space is needed for the answer to any question,
use and attach a separate sheet properly identified with the case name, case number (if known), and the
number of the question

## DEFINITIONS

*"In business "* A debtor is "in business" for the purpose of this form if the debtor is a corporation or
partnership  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within
the two years immediately preceding the filing of this bankruptcy case, any of the following:  an officer,
director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a
partnership; a sole proprietor or self-employed

*"Insider "* The term "insider" includes but is not limited to   relatives of the debtor, general partners of
the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control,
officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and
insiders of such affiliates, any managing agent of the debtor   11 U S C   § 101(30).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from
operation of the debtor's business from the beginning of this calendar year to the date this case was
commenced. State also the gross amounts received during the **two years** immediately preceding this
calendar year  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather
than a calendar year may report fiscal year income  Identify the beginning and ending dates of the debtor's
fiscal year )  If a joint petition is filed, state income for each spouse separately   (Married debtors filing under
chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **41,600.00** | **Tri-County Services, Inc.**<br>**5510 River Road**<br>**New Port Richey, Fl**<br>**(husband)** | **01/01/02-12/31/02** |
| **40,800.00** | **Tri-County Services**<br>**5510 River Road**<br>**New Port Richey, Fl. 34652**<br>**(husband)** | **01/01/03-12/31/03** |

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 5,760.00 | Tri-County Services, Inc.<br>5510 River Rd. Suite 109<br>New Port Richey, Fl. 34652<br>(Wife) | 01/01/04-06/06/04 |
| 20,800.00 | Tri-County Services<br>5510 River Rd<br>New Port Richey, Fl<br>(husband) | 01/01/04-06/06/04 |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case   Give particulars   If a joint petition is filed, state income for each spouse separately   (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

None
☐

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case   (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Chase Manhattan Mortgage<br>P.O. Box 9001871<br>Louisville, KY 40290 | 04/06/04<br>05/06/04<br>06/06/04 | 1,952.88 | 56,300.00 |
| Household Mortg Svces<br>P.O. Box 17580<br>Baltimore, MD 21297-1580 | 4/22/04<br>5/22/04<br>6/22/04 | 846.00 | 25,000.00 |

b   List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

**None**
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

**None**
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

**None**
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

**None**
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 10. Other transfers

None
☐

a   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **James Massey** **unknown**    **employee/friend** | **09/01/2003** | **1988 Mercury sable** **no value received** |

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **South Trust**<br>**US Highway 19`**<br>**Holiday, Fl.** | **checking account 10-293-167**<br>**$0.00 after satisfaction of**<br>**overdraft account** | **$238.00 – January 2004** |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case  If a joint petition is filed, report also any separate address of either spouse

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME

Case 8:04-bk-13777-MGW    Doc 1    Filed 07/08/04    Page 33 of 46

## 17. Environmental Information.

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

a    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material  Indicate the governmental unit to which the notice was sent and the date of the notice

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party   Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☑

a    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

| NAME | TAXPAYER I D NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---------------------|---------|--------------------|-----------------------------|
|      |                     |         |                    |                             |

b    Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C § 101

None ☑

| NAME | ADDRESS |
|------|---------|
|      |         |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following  an officer, director, managing executive, or owner or more than 5 percent of the voting securities of a corporation, a partner, other than limited partner, of a partnership, a sole proprietor or otherwise self-employed

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the **six years** immediately preceding the commencement of this case )*

## 19. Books, records and financial statements

None ☐

a    List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
| **JF Financial Services 5618 Queener Avenue Port Richey, Fl.** | **8/4/2003** |

b   List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor

None ☐

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
| **JF Financial Services 5618 Queener Avenue Port Richey, Fl. 34668** | **August 4, 2003** |

c   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain

None
☑

| NAME | ADDRESS |
|------|---------|

d   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None
☑

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

## 20. Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

b   List the name and address of the person having possession of the records of each of the two inventories reported in a , above.

None
☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

b   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation

None
☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

## 22. Former partners, officers, directors and shareholders

None
☑

a   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

b   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case

None
☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date  7/8/04                              Signature
                                          of Debtor   Francis M. Sorgman

Date  7/8/04                              Signature
                                          of Joint
                                          Debtor     Patricia I. Sorgman

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

| | |
|---|---|
| **Francis M. Sorgman** | **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** |
| Printed or Typed Name of Bankruptcy Petition Preparer | Social Security Number |
| | (Required by 11 U S C § 110(c) ) |

**5510 River Road**

**Suite 109**

**New Port Richey, Fl. 34652**

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

        NAME                             SOCIAL SECURITY NUMBER

        **None**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

x _J S M Sorgman_                                       7/ 8/ 04

**Francis M. Sorgman**                                           Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U S C § 110, 18 U S C § 156*

Official Form 8
( 12/03)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

| In re | Francis M. Sorgman | Patricia I. Sorgman | Case No _____ |
|---|---|---|---|
| | 6110 | 3248 | Chapter **7** |

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate

2   I intend to do the following with respect to the property of the estate which secures those consumer debts

    a   *Property To Be Surrendered*

Description of Property                      Creditor's Name

      1.   **computer, tv**                 **Citifinancial Services**

    b   *Property To Be Retained.*                          *[Check any applicable statement ]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) | Other |
|---|---|---|---|---|---|
| 1. Single Family Dwelling located at 1930 Coolidge Rd Holiday, Fl. 34691 (debtor wife's primary residence) | **Chase Manhattan Mortgage** | | | X | |
| 2. Single Family Dwelling located at 1930 Coolidge Rd Holiday, Fl 34691 (debtor wife's primary residence) | **Household Mortg Svces** | | | X | |
| 3. 1996 Cadillac sedan (in debtor's possession) | **Michael Chreptak** | | | X | |
| 4. 1993 Ford Explorer (in debtor wife's possession) | **Michael Chreptak** | | | X | |

Date   7/8/14                                    _____
                                           Signature of Debtor

Date   7/5/94                                    _____
                                         Signature of Joint Debtor

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petitioner preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**Francis M. Sorgman**
Printed or Typed Name of Bankruptcy Petition Preparer

**5510 River Road**
**Suite 109**
**New Port Richey, Fl. 34652**
Address

**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**
Social Security Number
(Required by 11 U S C § 110(c) )

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form
for each person

X _____
Signature of Bankruptcy Petition Preparer

7/8/04
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines
or imprisonment or both   11 U S C § 110, 18 U S C § 156*

## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida

In re    **Francis M. Sorgman**        **Patricia I. Sorgman**        Case No _____

                                                                   Chapter    **7**

Debtors
Address  **1426 Weyford Lane, Holiday, Florida**

Social Security No(s)  **6110, 3248**

Employer's Tax Identification No(s)  [if any]       **593528780, 593528780**

# DISCLOSURE OF COMPENSATION

1   Under 11 U S C § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

For document preparation services, I have agreed to accept              $ _____ 1.00

Prior to the filing of this statement I have received                     $ _____ 1.00

Balance Due                                                     $ _____ 0.00

2   I have prepared or caused to be prepared the following documents (itemize)

**entire chapter 7 petition**

and provided the following services (itemize)

**prepared entire chapter 7 petition**

3   The source of the compensation paid to me was

     ☑   Debtor                ☐   Other (specify)

4   The source of compensation to be paid to me is

     ☐   Debtor                ☐   Other (specify)

5   The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case

6   To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below

       NAME                                            SOCIAL SECURITY NUMBER

       **NONE**

### DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief

X ~~_Francis M. Sorgman signature_~~           **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**                     _____

                                           Social Security No                    Date

Name(Print)      **Francis M. Sorgman**               (Required by 11 U S C § 110(c) )

Address        **5510 River Road** _____

                    **Suite 109** _____

                    **New Port Richey, Fl. 34652** _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156

Form B19
(12/03)

## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida

| | | | |
|---|---|---|---|
| In re | **Francis M. Sorgman** | **Patricia I. Sorgman** | Case No |
| | Debtor(s) | | Chapter    **7** |

# CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
# BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U S C §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**Francis M. Sorgman**

Printed or Typed Name of Bankruptcy Petition Preparer

**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**

Social Security No
(Required by 11 U S C §110(c) )

**5510 River Road**
**Suite 109**
**New Port Richey, Fl. 34652**

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

**NONE**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X _____          Date  7/8/04
Francis M  Sorgman

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both
11 U S C  §110, 18 U S C  § 156

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition  The bankruptcy law is complicated and not easily described  Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court  Court employees are prohibited from giving you legal advice

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts

2    Under chapter 7 a trustee takes possession of all your property  You may claim certain of your property as exempt under governing law  The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code

3    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated

4    Even if you receive a discharge, there are some debts that are not discharged under the law  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs

5    Under certain circumstances you may keep property that you have purchased subject to valid security interest  Your attorney can explain the options that are available to you

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1    Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code

2    Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings  Usually, the period allowed by the court to repay your debts is three years, but no more than five years  Your plan must be approved by the court before it can take effect

3    Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan

4    After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm

I, the debtor, affirm that I have read this notice

| | | |
|---|---|---|
| _7/8/04_ | _____ | _____ |
| Date | Signature of Debtor | Case Number |
| _____ | _____ | |
| Date | Signature of Joint Debtor | |

## UNITED STATES BANKRUPTCY COURT

### Middle District of Florida

In re    **Francis M. Sorgman**                    **Patricia I. Sorgman**                    Case No _____

**6110**                                **3248**                                Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 3 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions

Dated    7/ 8/ 04

Signed _____
**Francis M. Sorgman**

Social Security No    **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**

Signed _____
**Francis M. Sorgman**

Signed _____
**Patricia I. Sorgman**

Francis M. Sorgman
1426 Weyford Lane
Holiday, Florida


Patricia I. Sorgman
1930 Coolidge Rd
Holiday, Florida 34691


AAA Financial Svces
4264 2966 0503 2314
P.O. Box 15137
Wilmington, DE19886


Attention LLC
5634164
P.O. Box 2348
Sherman, TX 75091


Chase BankCard Svces
5260-3169-4001-1855
P.O. Box 15902
Wilmington, DE 19850


Chase BankCard Svces, In
5491-0497-2002-9638
P.O. Box 15902
Wilmington, DE 19850


Chase Manhattan Mortgage
1361155097
P.O. Box 9001871
Louisville, KY 40290


Citifinancial Services
67090075-0134544
P.O. Box 5480
Port Richey, Fl. 34674


Credit control of Pinell
XPN1980067
P.O. Box 9
Vero Beach, Fl. 32961

First N.A. National Bank
1727 2039 8036 5266
P.O. Box 100044
Kennesaw, GA 30156


Helen Ellis Mem. Hosp
3053589
U.S. Alternate 19 Hwy.
Tarpon Springs, Fl 34684


Heritage Pathology N.Bay
40353809
2015 Alexander Dr
Dothan, AL 36301


Household Finance Corp.
3175011013227
9308 U.S. Hwy 19
Port Richey, Fl 34668


Household Mortg Svces
6943401
P.O. Box 17580
Baltimore, MD 21297-1580


Internal Revenue Svces
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
P.O. Box 105404
Atlanta, GA 30348


Lowes
822 2210 110574 4
P.O. Box 981064
El Paso, TX 79998


MBNA Bank America
296605032314
P.O. Box 1526
Wilmington, DE 19850


Medclear
15921417
P.O. Box 8547
Philadelphia, PA 19101

Merchants Collection Ass
18519700100567
P.O. Box 101928
Birmingham, AL 35210


Merchants Collection Ass
20100930121695
P.O. Box 101928
Birmingham, AL 35210


Michael Chreptak
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
3529 Cheswick Drive
Holiday, Fl. 34691


NCO Financial Systems
557829337
P.O. Box 41417
Philadelphia, PA 19101


Sears
06 60244 82124 6
P.O. Box 182149
Columbus, OH 43218


Sprint
013111603406
P.O. Box 219554
Kansas City, MO 64121


Wells Fargo
5490-8400-0491-9309
P.O. Box 3696
Portland, OR 97208


Wells Fargo
4465-3900-0606-2942
P.O. Box 3696
Portland, OR